UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2021 JAN 22 AM 11:02

---

**Yvonne Frost**

Write the full name of each plaintiff.

CVR Associates Inc
The White House
Adult Protective Service
J. Biden
NYC MTA
NYCT
US Supreme Court
County of Appeal
D.O.H.S.
National Security Agency
US Senate
Trinidad Government
Trinidad US Consulate

-against-

City of NY (CHNY)
Donald Trump
A. Cuomo
NYC Anti Social Club
NYPD
US Government
US 9-D County
Kushner Coso
Robert O. Brien
Federal Reserve
US Congress
US Trinidad Embassy

___CV___

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[x] Federal Question

[ ] Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

(1) RETALIATION
(2) ABUSE OF POWER
(3) PERSECUTION
(4) DISCRIMINATION

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*Yvonne* / *Frost*
First Name / Middle Initial / Last Name

*40 Ann Street*
Street Address

*New York* / *NY* / *10038*
County, City / State / Zip Code

*NONE* / *Yvonne.Frost1@aol.com*
Telephone Number / Email Address (if available)

Page 3.

Defendant 1    **J. BIDEN**
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 2    **DONALD TRUMP**
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3    **The U.S Government**
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 5: Kushner Cos.,
Defendant 6: Robert O'Brien
Defendant 7: D.O.H.S
Defendant 8: National Security Agency
Defendant 9: Federal Reserve
Defendant 10: US Senate
Defendant 11: US Congress
Defendant 12: US Supreme Court
Defendant 13: Court of Appeal
Defendant 14: US SD Court
Defendant 15: NYPD
Defendant 16: NYC MTA
Defendant 17: NYCT
Defendant 18: NYC Antisocial Club
Defendant 19: City of NY (NYC)
Defendant 20: CVR Associates Inc.,
Defendant 21: Trinidad Government
Defendant 22: Trinidad Consulate
Defendant 23: NS Trinidad Embassy
Defendant 24: A. Cuomo
Defendant 25: Adult Protective Service

Defendant 4: **THE WHITE HOUSE**
First Name / Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Brooklyn, New York City**

Date(s) of occurrence: **01/14/21 – 01/19/21**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

All yuh mother thinking all yuh gone to work but all yuh playing mas. I was told "they coming to lock you out – they coming to clip your wings".

"Let me borrow your shoe – the amount of fish you have on your hands aint dying" I heard defendants said.

I heard a few slick defendants said "She won't have to bother us is City of New York versus us now".

I have news for the 'slick ricks' is All of Y'all banded together. Yes, I financially fall but Y'all have to Restore – Don't boast.

The defendants came at my Nassau Street

nook about 3:00am on Sunday and rummaged through my large bag and personal belongings. They are retaliating after seeing their names on an order I prepared to file in the court.

I heard them said "Once is more than a wake up call."

In addition to stealing this hooligan defendant sexually assaulted me after sedating/drugging me. This defendant is upset they have started to loose money and came after me moreso because of it.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to healthy + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewarn dirty clothes. harassed. mental Pressure. Uncomfortability.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the F.B.I, C.I.A, L. James and J. Biden to investigate.

I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors, and →

I heard one defendant told another "look a little girl cut me".
The other defendant replied "Put a band-aid on it" or stop the bleeding.
These defendants said "I was talking too much."
I heard another defendant at another time said "I don't have the fish - is all a dream."
I blogged about all different types of stolen loot buried under the U.S-Mexico border wall. I believe the blog caught ear and landed in the right hands.
Retaliation after retaliation. I got backlashes. My hip on the left side pains still. I did not realise I got hit so hard after falling. Sunday and Monday professional thieves constantly rode my back. They worked on extracting money from me all different ways leaving me no space to breathe. All of them playing mas said the higher power. Misleading the United States residents and other people. Pointing one way when "the thing" is the other way. See one exhibit A then B.
I am holding all defendants accountable of theft, swindling, injustice, persecution, discrimination, oppression, suppression, retaliation, abuse of power and near death blow via projection.
Different types of City workers ascended upon me when I awoke and was packing away the card-boards I barricaded myself with to sleep. They all had devices of financial deduction in hands.

Moving on. It is nothing more than retaliation from the surveillance U.S Mexico border wall blog. The defendants sent out boring acts along with the care-givers of my smaller children to do acts to throw me off tracks and make me lose focus.

The only way I can say what occurred during Sunday is: the money hunger of care-givers and demonic activities. I had to run out of trains cars they came into "on my heels". I don't know how they were doing it but they seem to be in the cars I rode or "on my heels".

They appear to me to have Mr. Frost where they want him "unsure of how to manage". They made him feel he handed over management of the children but it is the defendant taking control. I have been saying/writing what I want in my Orders for years. Mr. Frost said "he don't know what I want."

It's all about the money. The defendants can spend the money and I can't even access mines. These care-givers and assistants took a lot of money from me on Sunday. I was told "don't pay them any mind — they playing with your senses."

It bothers me people who have wrong-sided and upside down views are caretakers of young children infants and toddlers. These problems seem to attach themselves to me and follow me around as with the present case of my eighteen year old bi-racial son Luke.

I no longer see children. That was once upon a time. All I see now are the cellphones that ruined everything. Greedy hands with cellphones taking payments for every 'show'. Yes! every show. "Milk me" they always say.

I have had enough. I don't only hear "milk her". I physically see back of strollers most times. That's because caregivers don't even want me to see what my children look like. Last month a care-giver told a girl to "turn the opposite way" of me as she read a book.

Evil-doers have intentionally set out to kill me and take over my massive collection of fish. The defendants have set up problems to overwhelm me. They have made it extremely difficult purposely to take control of the fish.

I heard someone said "they want to borrow my shoe".

They wanted to borrow my education too with the later intention of stealing it. The defendants' motive is always money. They sit down plot and plan how to get money and best approach to take it.

The defendants have projected things Mr. Frost have not said to stir up confusion between him and I. These defendants are aliens and need to get out. These defendants are hostage takers and very bold. These defendants are meddlers and need to butt out.

Flinging a bombardment of children at me in one gulp is very unhealthy. Why the one day rush? The defendants had more than five years to show one side of a good face. I saw none – no side. These defendants are very wicked and evil. I never physically touch a finger of any of my children nor was any opportunity presented to do so.

I am holding the defendants accountable of torment, provocation and harassment. I am holding them accountable of taking my children prisoners and using them to extort money from me.

Moving on. While I slept in a new nook on 72nd Street about (4:45am) on Sunday someone using a force lift me from my chair and slammed me on the down on the cold concrete.

I tried to get up and wobbly fell back down again. My head felt a bit dizzy. I grazed a metal post with my head in trying to get balance and stand up. My hip felt fractured - it pained excruciatingly.

About three weeks prior the defendants had injured the same hip. It felt re-opened. Hooligans made it difficult for me to get up by dragging me first. My hip feels sore and presently pains bad. My head hurts.

Not me, I cannot get away from acrobatic sex and obsessional theft of my baby. Both occurred. I heard someone said "once is not enough - you can't get pregnant water this morning."

The defendants said "ah talking too much - lock it, lock it."

I am holding the defendants accountable for sexual molestation, dragging and head and hip injury. I am holding them accountable of targetting and theft. This defendant came to kill me via projection and the concrete fall. The tied up padding of card-board partially placed by my head saved me from a more powerful blow.

Problems exist at all nooks on Thursday I was swindled at Fabco in Brooklyn and Friday it was at Juice Generation on Maiden Lane in the city downtown. My head was on the verge of exploding. Someone had used a powerful device to extract money from/on me.

Moving On. Two young men along with another I detect to be a tour-guide came into my car #6342 around 4:00pm yesterday.

One woman came and sat opposite the "tour guide".

Shortly after another woman came into the car. Though she sat a distance away from that group I know she was connected to that group.

Long story short. It is too many people deducting "my" money for the Orphans account i.e Tahir and Dimitri.

The "cougar" would have to restore my money to me. Leave Tahir alone - let him breathe.

It does not matter how much money I have on my Shoe size. Anywhere I go hooligans are or they come after me. You can't see some one "love" Tahir I heard jokingly.

I would like to ask the court to order the defendants compensate Tahir for mental pressure and taking advantage of a orphan and situation.

I am holding the defendants accountable of being subtle bullies and manipulation.

RELIEF (2)

pain and suffering. I would like to ask the court to order the defendants hand over the keys - all keys to my Archbishop and all compensation.

OTHER RELIEF:

① At the Atlantic Barclay Subway Station there is a young man (Gregory) who sits drawing $25,000.00

② A temple nook structure in D.C. dedicated to the watching and pulling down of High Places.
Magestically furnished and equipped.
Altar and two kingly chairs.
Angelic musical soundtrack installed.
Solid brick all ready to use.

③ Port - 07 - Spain (Trinidad).
A store/barbering furnished with barbering and hairdressing equipments/accessories.
For the use of cutting, drying/blowing, styling only.
Stocked ready for business.

All Fully Paid Off and
Ready to Use/Go

NEW WHEELS: Carlos Villela, age 7, tested out his new ride at Richard R. Castro Elementary School in Denver on Friday.

Exhibit (A)

# Broad Cyberattack Linked to Russia Leaves U.S. Struggling for Response

By Warren P. Strobel

Despite its size, a sprawling computer hack blamed on Russia could leave President Trump and the incoming Biden administration struggling to find the right response, former U.S. cybersecurity officials and experts said.

While Sen. Dick Durbin (D., Ill.) called the breaches that hit at least six cabinet-level departments as well as private companies "virtually a declaration of war," the former officials said the intrusions fell more along the lines of classic digital espionage, however brazen. As far as is known from descriptions of the hack, no data was altered or destroyed, and no computer systems or other infrastructure damaged.

Further complicating any consideration of response options is that U.S. officials are only now beginning to understand the breadth and severity of the hack. Because of the careful and stealthy nature of the incursion, a full damage assessment and recovery operation "is a months, if not yearslong, ordeal," a senior intelligence official said.

"The scope of it is pretty stunning," the official said. "The most disconcerting thing is the uncertainty around what [computer] systems they are in." The official added that there was no evidence that classified systems had been violated, but cautioned that was a preliminary conclusion.

Past U.S. responses to Rus-



Robert O'Brien, the White House national security adviser

sian hacking and disinformation operations—sanctions, property seizures, diplomatic expulsions, even the cyber equivalent of warning shots—appear to have done little to dissuade the Kremlin. Moscow has denied responsibility for the latest incursion.

"It's a clear dilemma for this nation about how we continue to be pounded by other countries...and don't have a response," said a former top U.S. intelligence official. "We're incredibly vulnerable, and nothing that any administration has been able to do has changed that."

Mr. Trump has made no public comment on the hack, nor given any hint about whether or how he would retaliate before leaving office Jan. 20.

White House national security adviser Robert O'Brien is overseeing the U.S. response. In a statement late Wednesday, the Federal Bureau of Investigation, Department of Homeland Security and Office of the Director of National Intelligence called the hacking campaign "significant and ongoing."

Current and former officials said the response from the Trump administration has been slow and disjointed, in part because the hack was discovered during the presidential transition.

"Just a bad and odd time in any administration for a crisis to happen," a U.S. official involved in the response said.

The National Security Council didn't respond to a request to comment.

While some Capitol Hill briefings have been held, lawmakers in both parties in recent days expressed frustration at the lack of information being shared by the administration about the scope and severity of the espionage.

The breach appeared to have begun when hackers compromised systems belonging to SolarWinds Corp., a U.S. network-management company that counts national security agencies, local governments, large corporations and defense contractors among its 300,000 customers.

SolarWinds has said it is working with FireEye Inc., a U.S. cybersecurity firm that also was breached, and with intelligence and law-enforcement officials to investigate.

Computer systems at the departments of State, Commerce, Treasury, Energy, Homeland Security and the National Institutes of Health were penetrated, according to people familiar with the matter, although the compromise is thought to be far broader.

"It's a hack. It's a breach. It's espionage. It's not an attack," said former White House and Justice Department official Jamil Jaffer, executive director of George Mason University's National Security Institute. "I don't think some major offensive response is warranted based on what we know now."

U.S. intelligence agencies engage in cyberspying all the time, though U.S. officials say they don't generally conduct destructive attacks or steal intellectual property. Because traditional cyber espionage is typically considered fair intelligence activity by most countries, retaliation or public condemnation isn't usually an option that is considered.

Others said the sheer breadth of the SolarWinds hack makes it different from traditional cyberspying.

"The fact that this took place on such a massive scale sort of puts it in a different category," said John Dermody, counsel at the O'Melveny law firm and former deputy legal adviser at the National Security Council. The economic costs could be enormous, as companies scour their networks to determine whether the perpetrators installed additional malware, he said.

## Elite Colleges Soar



all those who defer actually claim their spots later, and some schools may expand their first-year class to make up for a smaller sophomore class.

Harvard accepted 747 of 10,086 applicants thi compared with from 6,424 year. It th



TIME T          OUR

Friday that a coronavirus aid package wouldn't be completed in time to pass with a spending bill needed to avoid a government shutdown at 12:01 a.m. Saturday.

"There's some always last-minute stuff that pops up, but it's coming together," Senate Majority Whip John Thune (R., S.D.) said of the negotiations. "I think we have to assume that even when there's a deal announced, that by the time it gets written up and processed, we're going to be pushing through the weekend."

Senate Majority Leader Mitch McConnell (R., Ky.) said on the Senate floor Friday evening that talks continued to make progress. "I believe all sides feel we're making good progress on a major relief bill that would travel with the full-year appropriations measure. But, alas, we are not there yet," he said.

Although congressional leaders had settled on the contours of the relief package days ago, they were still slogging through a final round of policy disagreements.

Late Friday, House Majority Leader Steny Hoyer (D., Md.) said the earliest vote in the House on a possible agreement would be at 1 p.m. Sunday. Even if negotiators reach an agreement shortly, Mr. Hoyer said they would still need time to write the bill text.

"We are hopeful that they will reach agreement in the near future. They have not reached one yet. There are still some significant issues outstanding," he said.

Some lawmakers had said Friday they wouldn't agree to a short-term spending bill unless they were given more information about the contents of the emerging aid agreement. No senator ultimately held up expedited passage of the legislation.

The White House has pushed for a resolution and President Trump has been particularly eager to secure another round of direct checks, GOP lawmakers said.

Democrats said Friday that an agreement had been in sight until Sen. Pat Toomey (R., Pa.) pushed to insert a measure that would restrict the Federal Reserve's ability to establish the types of emergency lending programs that it authorized in March to curb an emerging financial panic. That step would go beyond an earlier proposal to revoke $429 billion provided to the Treasury to backstop losses in the Fed lending programs.

Republicans' late demand is "the reason we don't have a deal," said Sen. Brian Schatz (D., Hawaii) on Twitter on Friday morning.

Treasury Secretary Steven Mnuchin last month declined to allow the programs to continue after Dec. 31, saying he didn't think it was legally allowed. A nonpartisan congressional research arm disputed that interpretation on Thursday.

In March, Congress provided $454 billion for the Treasury to

*Majority Leader Mitch McConnell, left, walks to the Senate floor. Congress passed a two-day spending patch on*



## WASHINGTON WIRE

*Dispatches from the Nation's Capital*

By Gabriel T. Rubin

**STATE DEMOCRATIC** parties try a new playbook to create sustained engagement among voters and small-dollar donors. "The fundamental mission of the next four years is to build on the last four rather than crashing and burning like Democrats did in 2009-10," said Ben Wikler, chairman of the Wisconsin Democratic Party, referring to the party's widespread losses after President Barack Obama's victory. Democrats failed across the country to flip statehouses in the November election, though in Wisconsin the party has clawed back some posts in the past few years. Wikler's party is encouraging supporters to sign up to donate monthly so it can organize around local and lower-profile state races crucial to building the party's bench and controlling more levers of power.

Those efforts have been made easier in some ways by President Trump's election challenges, which have shined a light on offices like county clerks and election boards. The success of local organizers in Georgia, many led by former statehouse Minority Leader Stacey Abrams, has added to the call among Democrats for more decentralized, year-round organizing in states.

In November, around 70 Democratic state party chairs and vice chairs signed a letter to President-elect Joe Biden urging the Democratic National Committee to choose someone as its next chair who has state party leadership experience. The most prominent option would be Jaime Harrison, former chairman of the South Carolina Democratic Party and a 2020 Senate candidate who lost to Sen. Lindsey Graham despite record-breaking fundraising.

Republicans' state-level focus continues to reap dividends. They will once again control redistricting in a number of key states, which will enable them to draw maps that enhance their chances of retaking the House in a midterm that historically disfavors the president's party.

**IMMIGRATION REGULATIONS** continue to be finalized at a rapid clip as the Trump administration prepares to leave office, leaving the Biden administration with the time-consuming and legally complicated task of rewriting them. The Trump administration is moving to finalize several rules, including one that would require millions of people a year applying for a visa or a green card to give the government biometric data like iris scans and palm prints and one that would raise the price of appealing a deportation order from $110 to $975, among others.

Biden would have various ways of dealing with the lame-duck regulations, including by attempting to block them as well as declining to defend them in court. Democrats' best option would be to win the two Georgia Senate races, which could allow Congress to use the Congressional Review Act to roll back the regulations altogether. Additionally, Biden has promised to reverse Trump's executive actions on immigration, but he can't wipe away agency regulations with the stroke of a pen.

**COURT FILINGS** for Christmas? A long-awaited (by lawyers and journalists, anyway) move to make access to federal legal docu-





...ity Wall ...or Term

By SIMON ROMERO
and ZOLAN KANNO-YOUNGS

DOUGLAS, Ariz. — Four years ago, President Trump took office with a pledge to build a towering wall on America's border with Mexico — a symbol of his determination to halt immigration from countries to the south and build a barrier that would long outlast him.

President-elect Joseph R. Biden Jr. has said he hopes to halt construction of the border wall, but the outgoing administration is rushing to complete as much wall as possible in its last weeks in power, dynamiting through some of the border's most forbidding terrain.

The breakneck pace at which construction is continuing all but assures that the wall, whatever Mr. Biden decides to do, is here to stay for the foreseeable future, es-

Continued on Page A14



U.S. President Donald Trump gets out of a vehicle at the McAllen-Miller International Airport after visiting the U.S.-Mexico border wall, in McAllen, Texas, U.S., January 12, 2021.  REUTERS/CARLOS BARRIA

threat to our country and our Constitution. For the good and safety of our nation, and to defend our democracy, it is imperative that President Trump is removed from office at once and barred from holding public office in the future. The Senate must now act expeditiously."

Malliotakis, meanwhile, will vote against the measure, claiming voter fraud in states like Pennsylvania and Wisconsin, referring to House Speaker Nancy Pelosi's remarks after President George W. Bush's reelection in the 2004 national election.

"It is the duty of Congress to oversee the certification of electoral votes and taking the lead of @SpeakerPelosi in 2005, have robust and respectful debate. It is not our duty to simply serve as rubber stamps," she wrote on Twitter.

After the impeachment vote, Bronx/Queens Congresswoman Alexandria Ocasio-Cortez posted a video to Twitter in which she ripped those Republicans who opposed the impeachment. Just 10 Republicans joined the 222 Democrats who voted in favor of impeachment.

"I don't ever want to hear or see the Republican Party talk about blue lives ever again," Ocasio-Cortez said. "this was never about safety for them. it was always a slogan, b/c if they actually cared about rule of law, they would speak up when people break the law. ... They would enforce fairness and equity, but they don't give a damn about the law. ... They give a damn about white supremacy."

The approved article now goes to the Senate for a trial.

It appeared unlikely that the extraordinarily swift impeachment would lead to Trump's ouster before the Republican president's four-year term ends and Biden is inaugurated on Jan. 20. The Senate's Republican majority leader, Mitch McConnell, rejected Democratic calls to convene the Senate in emergency session to begin an immediate impeachment trial, according to a spokesman.

The trial will occur after Biden's inauguration.

Two-thirds of the vote of the assembled Senate are required to convict an official on an article of impeachment. A guilty verdict on this impeachment article would result in Trump being disqualified from holding public office in the future.

*With reporting by Aidan Graham and Reuters.*

www.amNY.com

# Trump impeached for second time a week after Capitol attack

**BY ROBERT POZARYCKI**
robert.pozarycki
@amny.com

For the second time in his presidency, Donald Trump has been impeached by the U.S. House of Representatives — this time, for inciting the Jan. 6 attack on the U.S. Capitol by an angry mob of his supporters.

It is the first time in American history that any president has been impeached twice during their term.

The article of impeachment — supported by all Democrats and a handful of Republicans — alleges that Trump had spurred the insurrection upon the Capitol a week ago, in which thousands of his supporters breached the heart of American democracy, smashing windows, vandalizing property and getting into physical clashes with Capitol Police officers. Five people, including a Capitol Police officer, died as a result.

Eleven of New York City's 12 Members of Congress voted to impeach the president again; the lone holdout was Nicole Malliotakis of Brooklyn/Staten Island, the only Republican in the city's delegation.

Manhattan/Brooklyn Congressman Jerrold Nadler, who chairs the House Judiciary Committee and served as a manager over Trump's first impeachment trial last winter, presided over the Democratic side over Wednesday's debate on the incitement of insurrection article.

Nadler said Trump "unleashed the force of a mob on this, the People's House" and "encouraged that attack with the explicit intent to disrupt a joint session of Congress, an attack that threatened the safety of the Vice President, the Speaker of House, and the President Pro Tempore of Senate, the next officers in the line succession."

The vote came a after the Jan. 6 coup tempt. Thousands National Guard tr are now in Wash ton working to en it remains safe for week's inaugura of President-elect Biden.

Prior to his sup of the impeachmen ticle, Brooklyn/Qu Congressman Hak Jeffries took to s media to say "T the House will impe President Trump. F second time. To pro the safety and wel ing of the American ple."

"Donald Trump living, breathing peachable offense," fries said on the H floor Wednesday.

"President Trump stigated this and m be held accountab Congressman Suozzi said in a st ment following the v "The president's is to protect our rep lic and its people. he built a mob, fille with lies, and enc aged it to 'fight to s the steal.'"

"Mr. President, have not put Ame first and now you n be removed," he adde

Congresswom Grace Meng, who holed up in her off during the raid, ech her colleague's se ments.

"As I said last we President Trump is danger to our natio Meng said. "The pr dent must be held countable for fueling seditious assault on

### New York's Members of Congress voted
Trump's second impeachment on incitement of insurrection

| | Representative (party) | District Area | Vote |
|---|---|---|---|
| 5 | Gregory Meeks (D) | Queens | YES |
| 6 | Grace Meng (D) | Queens | YES |
| 7 | Nydia Velázquez (D) | Brooklyn/Queens/Manhattan | YES |
| 8 | Hakeem Jeffries (D) | Brooklyn/Queens | YES |
| 9 | Yvette Clarke (D) | Brooklyn | YES |
| 10 | Jerrold Nadler (D) | Brooklyn/Manhattan | YES |
| 11 | Nicole Malliotakis (R) | Brooklyn/Staten Island | NO |
| 12 | Carolyn Maloney (D) | Brooklyn/Queens/Manhattan | YES |
| 13 | Adriano Espaillat (D) | Manhattan/Bronx | YES |
| 14 | Alexandria Ocasio-Cortez (D) | Bronx/Queens | YES |
| 15 | Ritchie Torres (D) | Bronx | YES |
| 16 | Jamaal Bowman (D) | | |



## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_01/18/21_
Dated

_Yvonne Frost_
Plaintiff's Signature

_Yvonne_                                    _Frost_
First Name        Middle Initial         Last Name

_40 Ann Street_
Street Address

_New York_           _NY_                _10038_
County, City                State              Zip Code

_NONE_                          _Yvonne.Frost1@aol.com_
Telephone Number                Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

YVONNE FROST
46 ANN STREET
NEW YORK NY 10038

RECEIVED
SDNY PRO SE OFFICE

2021 JAN 22  AM 10:57

EMERGENCY

UNITED STATES S.D COURT
COURT OF APPEAL
40 CENTRE STREET
NEW YORK NY 10007